Form 404

7 – 3

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 20-20081-JAD
Doc. #3
Chapter: 13
Hearing Date: 2/19/20 at 10:00 AM

**Renee R. Kline**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** Application to Pay Filing Fees (Docket No. 3)
         (Specify Document(s) Served) and order-Hearing Notice (Docket No. 7)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on Docket 3 - 1/9/2020.
Docket 7 (Date) 1/10/2020

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** 2/17/2020

By: Rodney O. Shepherd
   (Signature)
   Rodney O. Shepherd
   Typed Name
   2403 Sidney Street, Suite 208
   Pittsburgh, PA 15203
   Address
   412 471-9670
   Phone No.
   PA I.D No. 56914
   List Bar I.D. and State of Admission