**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: RENEE R. KLINE, | ) Bankr. No. 20-20081 JAD |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| RENEE R. KLINE, | ) |
| | ) |
| Movant, | ) Docket No. 32 |
| v. | ) Related Docket: 3, 7 |
| | ) |
| NO RESPONDENTS. | ) Hearing Date & Time: 3/4/2020 |
| | )                            10:00 a.m. |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Application to Pay Filing Fee in Installments**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Pay Filing Fee in Installments has been received. The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Application to Pay Filing Fee in Installments has been received appears thereon. Pursuant to the Hearing Notice attached with the Application to Pay Filing Fee in Installments responses were to be filed and served no later than February 11, 2020.

It is hereby respectfully requested that an order be entered by the Court with respect to the Application to Pay Filing Fee in Installments.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Date: 2/17/2020    Pittsburgh, PA 15203
(412) 471-9670