# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** RENEE R. KLINE
**Case Number:** 20-20081-JAD     **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, MARCH 04, 2020 10:00 AM    COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

### Matter:

Application To Pay Chapter 13 Filing Fee in Installments filed by Debtor
- No Response Filed [Due 2/11/2020]
- Text O/E 2/13/2020 Rescheduling From 2/19/2020 Until 3/4/2020 @ Doc. #30
R / M #: 3 / 0

*CNO filed 2/17/2020 @ Doc. #32*

### Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Rodney D. Shepherd, Esq.
CREDITOR:

### Proceedings:

☑ Motion is GRANTED  ___ DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at
   ___ To Conciliation Conference For _____ at
      _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
3/4/20 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge