*FILING FEE PAID*    Yes / No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Kline**    (JAD)/TPA/CMB/GLT

Case Number: **20-20081**

Date of Meeting: **3 / 2 / 20**    Recording: Yes / No

Debtor(s) present ___ or Not Present **✓**    ( **✓** No Payments Made or ___ partial payments)

Attorney for debtor(s) **Shepherd**    (Present **✓** or Not Present ___)

Date of Plan at § 341: **2-3-20**    Applicable commitment period ___ 3 yrs ___ 5 yrs

FILED
2020 MAR -5 P 1:11
CLERK
US BANKRUPTCY COURT
PITTSBURGH

*Filing fee not yet fully paid*

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    **✓** 341 Meeting OR ___ Conciliation Conf. OR ___ *Contested Hearing
    On **6/11/20** at **9:00** am/pm Location _____

*held open for unpaid in full filing fee*

_____
Chapter 13 Trustee/Attorney for Trustee