IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
: Case No. 20-20081-JAD
RENEE R. KLINE, :
:
Debtor(s). : Chapter 13
:
: Related to Doc. No. 3

### FILING FEE INSTALLMENT PAYMENT APPROVAL ORDER

The Debtor(s) has filed an **Application for Individuals to Pay the Filing Fee in Installments** ("Application"). The filing fee in chapter 13 cases is $310.

On this **4th** **day of March, 2020**, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The Debtor'(s') *Application* is **GRANTED** and the filing fee shall be paid in installments according to the following schedule:

| | |
|---|---|
| $77.50 | 2/8/2020 |
| $77.50 | 3/9/2020 |
| $77.50 | 4/8/2020 |
| $77.50 | 5/8/2020 |
| **$310.00** | *Total Filing Fee* |

(2) Unless otherwise excused by prior Court Order, failure to timely make payment of any one of the above referenced installment payments will result in the Court **immediately** dismissing the case without further notice or hearing. *See W.Pa.LBR 1006-1.*

(3) Until the filing fee is paid in full, the Debtor(s) shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor(s) shall not relinquish, and no person shall accept, any property as payment for services in connection with this case. Accordingly, no disbursements shall be made by the chapter 13 trustee (including the escrow of any anticipated trustee commissions) until the filing fee has been paid in full. Prior to making any disbursement of funds received from Debtor(s), the trustee shall first verify that the filing fee has been paid in full.

1

(4) If, upon the dismissal of the case, the chapter 13 trustee determines that the filing fee has not been paid in full, the trustee is authorized and directed to immediately pay the remaining balance of the filing fee from funds paid to her by Debtor(s) regardless of whether a plan is confirmed and before payment to any other creditors.

(5) No plan shall be confirmed until the entire filing fee is paid in full.

(6) The authorization to pay the filing fee in installments is conditioned upon Debtor'(s') acknowledgement that, in the event of dismissal or conversion, any funds held by the trustee will be applied to the filing fee balance remaining due at the time regardless of whether Debtor(s) may otherwise be entitled to return of the funds held by the trustee. Any objection by the Debtor to this condition **shall be filed with 7 days of entry of this Order** so that a hearing may be *immediately* scheduled to address the Debtor's Application. Debtor will be required to attend any such hearing *in person*.

Date: March 4, 2020

_____sjk
Jeffery A. Deller, Judge
United States Bankruptcy Court

Case Administrator to Mail to:
Debtor(s)
Ronda J. Winnecour, Esq.

FILED
3/4/20 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                             Case No. 20-20081-JAD
Renee R. Kline                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2      User: bsil              Page 1 of 1              Date Rcvd: Mar 04, 2020
                          Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
db            +Renee R. Kline,    2109 Victoria Avenue,    Arnold, PA 15068-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Renee R. Kline rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5