# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: RENEE R. KLINE
- Case Number: 20-20081-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, AUGUST 13, 2020 09:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#45 - Continued Confirmation of Plan Dated 6/1/2020 - NFC
R / M #:  45 / 0

**Appearances:**
- Debtor: ~~Gaffius~~ Shepard
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor: Tony Kovalchek

FILED
8/17/20 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 8-27-20 at 10:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

§341(a) meeting of creditors closed

8/5/2020    1:05:15PM