# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** RENEE R. KLINE
**Case Number:** 20-20081-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 13, 2020 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#45 - Continued Confirmation of Plan Dated 6/1/2020 - NFC
R / M #:  45 / 0

### Appearances:

Debtor: *Matthews Shepard*
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor: *Doug Kovalchek*

FILED
8/17/20 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 8-27-20 at 10:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

§341(a) meeting of creditors closed

8/5/2020    1:05:15PM