**Form 235**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

57 − 45, 56

In re: : Bankruptcy Case No.: 20−20081−JAD
: Doc. #45
: Chapter: 13
: Issued per the 8/27/2020 Proceeding

**Renee R. Kline**
    Debtor(s)

**ORDER OF COURT CONFIRMING PLAN**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)*    **PLAN CONFIRMATION:**

    IT IS HEREBY ORDERED that the Plan dated 6/1/2020 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*    **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**    **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**    **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: September 2, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 20-20081-JAD
Renee R. Kline                                                     Chapter 13
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2         User: skoz                Page 1 of 2           Date Rcvd: Sep 02, 2020
                             Form ID: 235              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db             +Renee R. Kline,    2109 Victoria Avenue,    Arnold, PA 15068-2132
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15194293       +AHN Emergency Group of Alle-Kiski/,    Pendrick Capital Partners,
                 c/o Affiliate Asset Solutions,    145 Technology Parkway, NW, Suite 100,
                 Peachtree, GA 30092-3536
15194294        AHN-Allegheny Valley Hospital,    c/o State Collection Service,    P.O. Box 6250,
                 Madison, WI 53716-0250
15194296       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
15194295        Allegheny Health Network,    c/o State Collection Service,    P.O. Box 6250,
                 Madison, WI 53716-0250
15194297        Allegheny Ophthalmology Associates,    2853 Freeport Road,    Natrona Heights, PA 15065-1905
15194299       +CNAC,   Brider Finance,    P.O. Box 453,    Carmel, IN 46082-0453
15181184       +City of Arnold,    c/o Pennsylvania Municipal Services,    336 Delaware Avenue,    Dept. U,
                 Oakmont, PA 15139-2138
15194301        Collection Service Center,    Tax Division,    P.O. Box 560,    New Kensington, PA 15068-0560
15194302        First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
15194303        Fortiva,    Payment Processing,    P.O. Box 650847,    Dallas, TX 75265-0847
15194304        Genesis FS Card Services,    P.O. Box 23039,    Columbus, GA 31902-3039
15194305       +Joseph G. Puet,    City Treasurer,    1829 Fifth Avenue,    New Kensington, PA 15068-4498
15204125       +KeyBridge Medical Revenue Care,    d/b/a General Audit Corporation,    PO Box 1568,
                 Lima OH 45802-1568
15214233        Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX  75014-1419
15194307       +Premier Medical Associates,    P.O. Box 644984,    Pittsburgh, PA 15264-4984
15194309        Quest Diagnostics Venture,    P.O. Box 740717,    Cincinnati, OH 45274-0717
15194310        Rushmore,    P.O. Box 514707,    Los Angeles, CA 90051-4707
15212755       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
15204466       +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
15194311        UPMC Community Medicine,    c/o Receivables Outsourcing,    P.O. Box 62850,
                 Baltimore, MD 21264-2850
15211010        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15258021       +WILMINGTON SAVINGS FUND SOCIETY, FSB,    Selene Finance, LP,
                 9990 Richmond Ave. Suite 400 South,    Houston  TX 77042-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15199621       +E-mail/Text: bankruptcy@jdbyrider.com Sep 03 2020 04:59:33     BYRIDER FINANCE, LLC D/B/A CNAC,
                 ATTN BANKRUPTCY DEPT,    12802 HAMILTON CROSSING BLVD.,    CARMEL, IN 46032-5424
15194300       +E-mail/Text: bankruptcy@jdbyrider.com Sep 03 2020 04:59:33     CNAC,
                 12802 Hamilton Crossing Blvd.,    Carmel, IN 46032-5424
15186703        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 05:02:37     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15194306       +E-mail/Text: dee@pendrickcp.com Sep 03 2020 04:59:04     Pendrick Capital Partners,
                 79 Warren Street,    Suite 3,    Glens Falls, NY 12801-4550
15205409       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 03 2020 04:58:52     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15210800        E-mail/Text: bnc-quantum@quantum3group.com Sep 03 2020 04:57:48
                 Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
15194308        E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 03 2020 04:59:31     Quest Diagnostics,
                 c/o CCS,   Payment Processing Center,    P.O. Box 55126,    Boston, MA 02205-5126
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
15194298*      +City of Arnold,    c/o Pennsylvania Municipal Services,    336 Delaware Avenue,    Dept. U,
                 Oakmont, PA 15139-2138
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: skoz              Page 2 of 2          Date Rcvd: Sep 02, 2020
                              Form ID: 235            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd    on behalf of Debtor Renee R. Kline rodsheph@cs.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```