**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 20-20081-JAD** |
| | **CHAPTER 13** |
| **Renee R. Kline,** | |
|     Debtor. | |

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, Esq.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                          Attorney for Secured Creditor
                                          130 Clinton Rd #202
                                          Fairfield, NJ 07004
                                          Telephone: 470-321-7112

                                          By: _\S\Charles Wohlrab_
                                             Charles Wohlrab, Esquire
                                             Pennsylvania Bar No. 314532
                                             Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 18, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

RENEE R. KLINE

2109 VICTORIA AVENUE

ARNOLD, PA 15068

And via electronic mail to:

RIVER PARK COMMONS
2403 SIDNEY STREET SUITE 208
PITTSBURGH, PA 15203

RONDA J. WINNECOUR

SUITE 3250, USX TOWER

600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE

LIBERTY CENTER.

1001 LIBERTY AVENUE, SUITE 970 PITTSBURGH, PA 15222

By: /s/ Victoria Ezeta
Victoria Ezeta
vezeta@raslg.com