# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 20-20081 JAD |
|     RENEE R. KLINE, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 66 |
| WILMINGTON SAVINGS FUND | ) Related to Docket No. |
| SOCIETY, | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 8 |
| | ) |
|     RENEE R. KLINE AND | ) |
|     RONDA J. WINNECOUR, | ) |
|     CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Renee R. Kline , by and through her attorney, who respectfully represents the following:

1. On or about January 9, 2020, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Wilmington Savings Fund Society filed a Notice of Mortgage Payment Change. The monthly mortgage payment of **$457.71** is being **increased** to **$530.62** effective **12/1/2021.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

| | |
|---|---|
| | Respectfully submitted. |
| Date: 11/5/2021 | /s/ Rodney D. Shepherd |
| | Rodney D. Shepherd, Esquire |
| | Attorney for the Debtor |
| | PA I.D. No. 56914 |
| | 2403 Sidney Street |
| | Suite 208 |
| | Pittsburgh, PA 15203 |
| | (412) 471-9670 |
| | rodsheph@cs.com |

## CERTIFICATE OF SERVICE

    I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 5th day of November, 2021, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Wilmington Savings Fund Society |
| Chapter 13 Trustee | Attn: Charles G. Wohlrab, Esquire |
| cmecf@chapter13trusteewdpa.com | cwohlrab@raslg.com |

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
412 471-9670