IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Renee R. Kline | : | Bankruptcy No. 20-20081-JAD |
| | : | Chapter          13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 8 |
| Movant WILMINGTON SAVINGS FUND SOCIETY | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

   Creditor Name: Selene Finance LP

   Incorrect Address: 9990 Richmond Ave. Suite 400 South
                          Houston TX 77042

Corrected Address:

   Creditor Name:   Selene Finance LP

   Correct Address:   3501 Olympus Blvd, Suite 500
                          Dallas, TX 75019

Dated June 1, 2022

/s/ Charles G. Wohlrab
Electronic Signature of Debtor(s)' Attorney

Charles G. Wohlrab, Esq.
Typed Name

10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA  30097
Address

(470) 321-7112 Ext. 257
Phone No.

314532
Bar I.D. and State of Admission

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __June 6, 2022__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Renee R. Kline**
2109 Victoria Avenue
Arnold, PA 15068

**Rodney D. Shepherd**
River Park Commons
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Angela Gill