# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 20-20081 JAD |
|    RENEE R. KLINE, | ) |
| | ) Chapter 13 |
| | ) |
|    Debtor. | ) |
| | ) Docket No. 70 |
| WILMINGTON SAVINGS FUND | ) Related to Docket No. |
| SOCIETY, FSB, d/b/a | ) |
| CHRISTIANA TRUST, | ) |
|    Movant, | ) Hearing Date & Time: |
| | ) |
|    vs. | ) Claim No. 8-1 |
| | ) |
|    RENEE R. KLINE, | ) |
| | ) |
|    Respondent. | ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Renee R. Kline, by and through her attorney, who respectfully represents the following:

1. On or about January 9, 2020, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Wilmington Savings Fund Society, filed a Notice of Mortgage Payment Change on September 19, 2023. The monthly mortgage payment of **$483.56** is being **increased** to **$493.04** effective **11/1/2023**.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: 9/28/2023

Respectfully submitted.

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 28th day of September, 2023, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Wilmington Savings |
| Chapter 13 Trustee | Attn: Charles Griggin Wohlrab, Esquire |
| cmecf@chapter13trusteewdpa.com | bkecf@friedmanvarolo.com |

                                                By: /s/ Rodney D. Shepherd
                                                     Rodney D. Shepherd
                                                     Attorney for the Debtor
                                                     PA I.D. No. 56914
                                                   rodsheph@cs.com
                                                   2403 Sidney Street
                                                   Suite 208
                                                   Pittsburgh, PA 15203
                                                   412 471-9670