**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RENEE R. KLINE | Case No. 20-20081JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CITY OF ARNOLD (SWG & REFUSE)<br><br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    CREDITOR HAS FAILED TO CASH TRUSTEE'S DISBURSEMENT CHECKS
    WITHOUT PROVIDING AN EXPLANATION.  MAIL HAS NOT BEEN RETURNED.

CITY OF ARNOLD (SWG & REFUSE)       Court claim# 10/Trustee CID# 2
C/O COLLECTOR - SWG/REFUSE - CURR/DLNQ
YRS
1829 FIFTH AVE
ARNOLD, PA 15068

The Movant further certifies that on 02/15/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
RENEE R. KLINE, 2109 VICTORIA AVENUE
ARNOLD, PA  15068

DEBTOR'S COUNSEL:
RODNEY D SHEPHERD ESQ, 2030 STILLWATER LANE, MCDONALD, PA 15057

ORIGINAL CREDITOR:
CITY OF ARNOLD (SWG & REFUSE), C/O COLLECTOR - SWG/REFUSE - CURR/DLNQ YRS, 1829 FIFTH AVE, ARNOLD, PA  15068

NEW CREDITOR: