UNITED STATES BANKRUPTCY COURT WESTERN
DISTRICT OF PENNSYLVANIA

DISTRICT OF PITTSBURGH

IN RE: Renee R. Kline,

Debtors.

_____

/

CASE NO.: 20-20081-JAD

Chapter 13

### RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS
(Docket No.  73)

NOW INTO COURT, through undersigned counsel, comes secured creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"), and files its response to the Interim Notice of Cure of Arrears (Docket No. 73), and in support thereof, represents the following:

1. Secured Creditor agrees the Trustee has disbursed pre-petition arrears.

2. Secured Creditor disagrees the Debtor is current post-petition. Account is due for 05/01/2024 with a post-petition payment of  $493.04 minus a suspense balance of $122.86 with $370.18 due. Please note, Secured Creditor is not in receipt of check #1299480 in the amount of $493.04 dated 04/25/2024. Once received the funds will be applied to the account.

3. Secured Creditor reserves the right to amend its Response to the Interim Notice of Cure of Arrears.

DATED: May 3, 2024

Respectfully submitted by,
/s/ Michelle L. McGowan
Michelle McGowan, Esq.
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
13010 Morris Rd., Suite 450, Alpharetta, GA  30004
**Attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust**

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

**DISTRICT OF PITTSBURGH**

| | |
|---|---|
| **IN RE: Renee R. Kline,** | **CASE NO.: 20-20081-JAD** |
| **Debtors.** | **Chapter 13** |

_____      /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 3, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Renee R. Kline
2109 Victoria Avenue
Arnold, PA 15068

And via electronic mail to:

Rodney D. Shepherd
River Park Commons
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Justine Bennett
Justine Bennett
Email: Jusbennett@raslg.com

# PAYMENT HISTORY

| | | | | CURRENT TOTALS | | |
|---|---|---|---|---|---|---|
| | | | | Pre Pmts | Post Pmts | Susp Bal |
| | | | | $6,944.97 | $24,761.52 | $1,409.65 |

**PAYMENT HISTORY PER MSP**

| LOAN NUMBER | | POST-PETITION | | | | |
|---|---|---|---|---|---|---|
| FILING DATE | | PAYMENT CHANGES | | | | |
| PAYMENTS IN POC | EFFECTIVE | 2/1/2020 | 12/1/2021 | 1/1/2023 | 11/1/2023 | |
| FIRST POST-PETITION DUE DATE | AMOUNT | $ 457.71 | $ 530.62 | $ 483.56 | $493.04 | |

| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCES | | | $ - | $ - | $ - | $ - | | |
| 1/15/2020 | | | | $ - | $ - | $ - | | |
| 3/26/2020 | | | | $ - | $ - | $ - | | |
| 3/26/2020 | | | | $ - | $ - | $ - | | |
| 3/28/2020 | | | | $ - | $ - | $ - | | |
| 7/2/2020 | | $ 993.82 | $457.71 | $ - | $ 536.11 | $ 536.11 | 2/1/2020 | |
| 8/5/2020 | | $ 357.48 | $457.71 | $ - | $ (100.23) | $ 435.88 | 3/1/2020 | |
| 9/1/2020 | | $ 379.50 | $457.71 | $ - | $ (78.21) | $ 357.67 | 4/1/2020 | |
| 9/28/2020 | | | | $ - | $ - | $ 357.67 | | |
| 10/2/2020 | | $ 492.72 | $457.71 | $ - | $ 35.01 | $ 392.68 | 5/1/2020 | |
| 10/21/2020 | | | | $ - | $ - | $ 392.68 | | |
| 10/21/2020 | | | | $ - | $ - | $ 392.68 | | |
| 10/21/2020 | | | | $ - | $ - | $ 392.68 | | |
| 11/2/2020 | | $ 537.09 | $457.71 | $ - | $ 79.38 | $ 472.06 | 6/1/2020 | |
| 11/2/2020 | | | | $ - | $ - | $ 472.06 | | |
| 12/15/2020 | | $ 589.50 | $457.71 | $ - | $ 131.79 | $ 603.85 | 7/1/2020 | |
| 1/6/2021 | | $ 633.06 | $457.71 | $ - | $ 175.35 | $ 779.20 | 8/1/2020 | |
| 2/1/2021 | | $ 675.83 | $457.71 | $ - | $ 218.12 | $ 997.32 | 9/1/2020 | |
| 2/1/2021 | | | | $ - | $ (457.71) | $ 539.61 | 10/1/2020 | |
| 3/3/2021 | | $ 717.67 | $457.71 | $ - | $ 259.96 | $ 799.57 | 11/1/2020 | |
| 3/30/2021 | | $ 758.39 | $457.71 | $ - | $ 300.68 | $ 1,100.25 | 12/1/2020 | |
| 3/30/2021 | | | $457.71 | $ - | $ (457.71) | $ 642.54 | 1/1/2021 | |
| 4/8/2021 | | | $457.71 | $ - | $ (457.71) | $ 184.83 | 2/1/2021 | |
| 4/8/2021 | | | | $ - | $ - | $ 184.83 | | |
| 4/28/2021 | | | | $ - | $ - | $ 184.83 | | |
| 5/4/2021 | | $ 797.66 | $457.71 | $ - | $ 339.95 | $ 524.78 | 3/1/2021 | |
| 5/4/2021 | | | | $ - | $ - | $ 524.78 | | |
| 6/3/2021 | | $ 834.91 | $457.71 | $ - | $ 377.20 | $ 901.98 | 4/1/2021 | |
| 6/29/2021 | | $ 471.15 | $457.71 | $ - | $ 13.44 | $ 915.42 | 5/1/2021 | |
| 6/29/2021 | | | $457.71 | $ - | $ (457.71) | $ 457.71 | 6/1/2021 | |
| 7/29/2021 | | $ 457.71 | $457.71 | $ - | $ - | $ 457.71 | 7/1/2021 | |
| 8/30/2021 | | $ 457.71 | $457.71 | $ - | $ - | $ 457.71 | 8/1/2021 | |
| 9/22/2021 | | | $457.71 | $ - | $ (457.71) | $ 0.00 | 9/1/2021 | |
| 9/30/2021 | $ 135.31 | $ 457.71 | $457.71 | $ - | $ - | $ 0.00 | 10/1/2021 | |
| 10/29/2021 | $ 201.75 | $ 457.71 | $457.71 | $ - | $ - | $ 0.00 | 11/1/2021 | |
| 11/30/2021 | $ 161.52 | $ 530.62 | $530.62 | $ - | $ - | $ 0.00 | 12/1/2021 | |
| 12/29/2021 | $ 160.76 | $ 530.62 | $530.62 | $ - | $ - | $ 0.00 | 1/1/2022 | |
| 1/4/2022 | | | | $ - | $ - | $ 0.00 | | |
| 2/7/2022 | $ 191.92 | $ 530.62 | $530.62 | $ - | $ - | $ 0.00 | 2/1/2022 | |
| 3/1/2022 | $ 191.01 | $ 530.62 | $530.62 | $ - | $ - | $ 0.00 | 3/1/2022 | |
| 3/31/2022 | $ 190.11 | $ 530.62 | $530.62 | $ - | $ - | $ 0.00 | 4/1/2022 | |
| 4/4/2022 | | | | $ - | $ - | $ 0.00 | | |
| 4/8/2022 | | | | $ - | $ - | $ 0.00 | | |
| 4/8/2022 | | | | $ - | $ - | $ 0.00 | | |
| 4/8/2022 | | | | $ - | $ - | $ 0.00 | | |
| 6/13/2022 | | $ 948.12 | $530.62 | $ - | $ 417.50 | $ 417.50 | 5/1/2022 | |
| 6/13/2022 | | | | $ - | $ - | $ 417.50 | | |
| 7/14/2022 | $ 88.99 | $ 643.74 | $530.62 | $ - | $ 113.12 | $ 530.62 | 6/1/2022 | |
| 7/30/2022 | $ 188.27 | $ 530.62 | $490.41 | $ - | $ 40.21 | $ 570.83 | 7/1/2022 | As per SOR - lesser value |
| 9/6/2022 | $ 187.37 | $ 530.62 | $530.62 | $ - | $ - | $ 570.83 | 8/1/2022 | |
| 9/6/2022 | | | $530.62 | $ - | $ (530.62) | $ 40.21 | 9/1/2022 | |
| 9/6/2022 | | | | $ - | $ - | $ 40.21 | | |

| Date | | | | | | | Date | Notes |
|---|---|---|---|---|---|---|---|---|
| 9/6/2022 | | | | $ - | $ - | $ 40.21 | | |
| 9/6/2022 | | | | $ - | $ - | $ 40.21 | | |
| 9/19/2022 | | | | $ - | $ - | $ 40.21 | | |
| 10/13/2022 | | | | $ - | $ - | $ 40.21 | | |
| 10/19/2022 | $ 186.47 | $ 530.62 | $530.62 | $ - | $ - | $ 40.21 | 10/1/2022 | |
| 11/15/2022 | $ 185.56 | $ 530.62 | $530.62 | $ - | $ - | $ 40.21 | 11/1/2022 | |
| 12/23/2022 | $ 176.34 | $ 530.62 | $472.93 | $ - | $ 57.69 | $ 97.90 | 12/1/2022 | As per SOR - lesser value |
| 1/11/2023 | | | | $ - | $ - | $ 97.90 | | |
| 1/23/2023 | $ 194.85 | $ 483.56 | $483.56 | $ - | $ - | $ 97.90 | 1/1/2023 | |
| 2/9/2023 | | | | $ - | $ - | $ 97.90 | | |
| 2/17/2023 | $ 193.89 | $ 483.56 | $483.56 | $ - | $ - | $ 97.90 | 2/1/2023 | |
| 2/17/2023 | | | | $ - | $ - | $ 97.90 | | |
| 3/6/2023 | $ 192.95 | $ 483.56 | $483.56 | $ - | $ - | $ 97.90 | 3/1/2023 | |
| 4/3/2023 | | | | $ - | $ - | $ 97.90 | | |
| 4/6/2023 | $ 192.00 | $ 483.56 | $483.56 | $ - | $ - | $ 97.90 | 4/1/2023 | |
| 4/10/2023 | | | | $ - | $ - | $ 97.90 | | |
| 4/10/2023 | | | | $ - | $ - | $ 97.90 | | |
| 4/29/2023 | $ 191.05 | $ 483.56 | $458.60 | $ - | $ 24.96 | $ 122.86 | 5/1/2023 | As per SOR - lesser value |
| 5/31/2023 | $ 190.10 | $ 483.56 | $483.56 | $ - | $ - | $ 122.86 | 6/1/2023 | |
| 6/30/2023 | | | | $ - | $ - | $ 122.86 | | |
| 7/3/2023 | $ 189.16 | $ 483.56 | $483.56 | $ - | $ - | $ 122.86 | 7/1/2023 | |
| 8/28/2023 | $ 183.82 | $ 483.56 | $483.56 | $ - | $ - | $ 122.86 | 8/1/2023 | |
| 8/31/2023 | | | | $ - | $ - | $ 122.86 | | |
| 9/7/2023 | $ 182.90 | $ 483.56 | $483.56 | $ - | $ - | $ 122.86 | 9/1/2023 | |
| 9/8/2023 | | | | $ - | $ - | $ 122.86 | | |
| 9/30/2023 | $ 181.98 | $ 483.56 | $483.56 | $ - | $ - | $ 122.86 | 10/1/2023 | |
| 11/1/2023 | $ 177.36 | $ 493.04 | $493.04 | $ - | $ - | $ 122.86 | 11/1/2023 | |
| 11/4/2023 | | | | $ - | $ - | $ 122.86 | | |
| 11/4/2023 | | | | $ - | $ - | $ 122.86 | | |
| 11/30/2023 | $ 176.46 | $ 493.04 | $493.04 | $ - | $ - | $ 122.86 | 12/1/2023 | |
| 12/1/2023 | | | | $ - | $ - | $ 122.86 | | |
| 12/28/2023 | $ 175.57 | $ 493.04 | $493.04 | $ - | $ - | $ 122.86 | 1/1/2024 | |
| 2/2/2024 | $ 174.68 | $ 493.04 | $493.04 | $ - | $ - | $ 122.86 | 2/1/2024 | |
| 3/1/2024 | $ 173.72 | $ 493.04 | $493.04 | $ - | $ - | $ 122.86 | 3/1/2024 | |
| 3/4/2024 | | | | $ - | $ - | $ 122.86 | | |
| 3/30/2024 | | | | $ - | $ - | $ 122.86 | | |
| 3/30/2024 | $ 1,705.42 | $ 493.04 | $493.04 | $ - | $ - | $ 122.86 | 4/1/2024 | |
| 4/1/2024 | | | | $ - | $ - | $ 122.86 | | |
| 4/4/2024 | | | | $ - | $ - | $ 122.86 | | |
| 4/17/2024 | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | $ 223.68 | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | Next due for 05/01/2024 |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |
| | | | | $ - | $ - | $ 122.86 | | |