IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Renee R. Kline | : | Case No. 20-20081-JAD |
| | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document 73 and 74 |
| | : | |
|     Movant(s) | : | |
| | : | |
|     vs. | : | Hearing: 6/4/24 at 10:00 a.m. |
| Wilmington Savings Fund Society FSB DBA Christiana Truste, Trustee, et al. | : | |
|     Respondents | : | |

## ORDER OF COURT

AND NOW, this ___4th___ day of ___June___, 2024, upon consideration of the TRUSTEE'S REPLY TO RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS, and responses thereto, it is

ORDERED that the prepetition arrears in Proof of Claim 8 are deemed to have been paid in full, and that the Response of Wilmington Savings Fund Society FSB dba Christiana Trust, Trustee, et al., filed at Doc. 74 is stricken. Wilmington Savings Fund Society FSB dba Christiana Trust, Trustee, et al., shall not add any fees to Debtor's account in connection with its Response or its attendance at any hearings herein, and Wilmington Savings Fund Society FSB dba Christiana Trust, Trustee, et al. shall provide the Chapter 13 Trustee with an affidavit that any such fees have been removed within 30 days of this order.

_____ sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
6/4/24 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20081-JAD |
| Renee R. Kline | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Renee R. Kline, 2109 Victoria Avenue, Arnold, PA 15068-2132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Renee R. Kline rodsheph@cs.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7

Case 20-20081-JAD    Doc 80    Filed 06/06/24    Entered 06/07/24 00:30:19    Desc Imaged
Certificate of Notice    Page 3 of 3