# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 20-20081-JAD** |
| **Renee R. Kline,** | **CHAPTER 13** |
| **Debtor,** | **Related to Doc. No. 77** |
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,** | |
| **Movant,** | |
| **v.** | |
| **Renee R. Kline,**<br>**Ronda J. Winnecour, Ch. 13 Trustee,** | |
| **Respondents.** | |

## AFFIDAVIT

I, _Christine Le_____, declare under penalty of perjury as follows:

1. I am employed as a _____BK Specialist_____ of Selene Finance, LP and am authorized to sign this Affidavit on behalf of Selene Finance, LP as servicer for **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** (the "Movant"). This Affidavit is provided pursuant to the Order entered on June 4, 2024.

2. I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Selene Finance, LP. As part of my job responsibilities for Selene Finance, LP, I have personal knowledge of and am familiar with the types of records maintained by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust in connection with the loan that is the subject of the Response (the "Loan") and the procedures for creating those types of records., I have access to and have reviewed the books, records and files of Selene Finance, LP that pertain to the Loan and extension of credit given to Debtor concerning the property securing such Loan.

3. The information in this affidavit is taken from Selene Finance, LP's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by person with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Selene Finance, LP's regularly conducted business activities; and (c) it is the regular practice of Selene Finance, LP to make such records.

4. As of June 5, 2024, there are no fees assessed to the account associated with the Response to Trustee's Interim Notice of Cure of Arrears filed on May 3, 2024; Amended Response to Trustee's Interim Notice of Cure of Arrears filed on May 31, 2024, or hearing appearance on June 4, 2024.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11th day of JUNE , 2024 .

Signature
Christine Le

Name
BK Specialist

Title
Selene Finance, LP as
servicer for "Movant"

STATE OF ___FL___
COUNTY OF ___Duval___

The foregoing instrument was acknowledged before me by means of [✓] physical presence or [ ] online notarization, this 11th day of June 2024, by Christine Le as BK Specialist for Selene Finance, LP as Servicer

Christine Le who is personally known to me or who has produced

N/A as identification.

Signature of Notary Public
Name of Notary Public: Debbie Benzley
Notary Commission Expiration Date: 12.20.2026
Personally known: X
OR Produced Identification: _____
Type of Identification Produced: N/A

DEBBIE BENZLEY
Commission # HH 343297
Expires December 20, 2026

STATE OF: **FLORIDA**

COUNTY OF: **DUVAL**

_(Signature of Signer)_

 Christine Le  as authorized representative of Selene Finance LP, its
_(Printed Name of Signer)_ **Bankruptcy Specialist** _(Title of Signer)_

The foregoing instrument was acknowledged before me by means of physical
presence this 14th day of June 2024 by  Christine Le  _(printed name of signer)_,
as  Bankruptcy Specialist  _(title of signer)_ for Selene Finance LP.

Signature of Notary Public

Debbie Benzley

_____
Printed Name of Notary Public

DEBBIE BENZLEY
Commission # HH 343297
Expires December 20, 2026

Notary Stamp Here:

Personally Known_____; OR Produced Identification

N/A
_(Type of identification produced)_

_State required notary block as required by State of Florida and is meant to be part of the
legal document to meet state requirements._