# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 20-20081 JAD |
|     RENEE R. KLINE, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 82 |
| WILMINGTON SAVINGS FUND | ) Related to Docket No. 70 |
|     SOCIETY, | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 8 |
| | ) |
|     RENEE R. KLINE AND | ) |
|     RONDA J. WINNECOUR, | ) |
|     CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Renee R. Kline , by and through her attorney, who respectfully represents the following:

1. On or about January 9, 2020, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Wilmington Savings Fund Society filed a Notice of Mortgage Payment Change. The monthly mortgage payment of **$493.04** is being **increased** to **$515.48** effective **11/1/2024.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: 10/2/2024

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

    I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 2nd day of October, 2024, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Wilmington Savings Fund Society |
| Chapter 13 Trustee | Attn: Michelle L. McGowan, Esquire |
| cmecf@chapter13trusteewdpa.com | mimcgowan@raslg.com |

                                             By: /s/ Rodney D. Shepherd
                                                  Rodney D. Shepherd
                                                  Attorney for the Debtor
                                                  PA I.D. No. 56914
                                                  rodsheph@cs.com
                                                  2403 Sidney Street
                                                  Suite 208
                                                  Pittsburgh, PA 15203
                                                  412 471-9670