**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/04/2024

IN RE:

RENEE R. KLINE
2109 VICTORIA AVENUE
ARNOLD,  PA  15068
XXX-XX-3625          Debtor(s)

Case No. 20-20081 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/4/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **GRB LAW**** <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **CITY OF ARNOLD (SWG & REFUSE)** <br> C/O COLLECTOR - SWG/REFUSE - CURR/DLNQ <br> 1829 FIFTH AVE <br> ARNOLD, PA  15068 | Trustee Claim Number: 2    INT %: 10.00% <br> Court Claim Number: 10 <br> CLAIM: 5,484.98 <br> COMMENT: 02-02-03-0-131*8,343.69@10%/PL*14-19/CL=8559.76* PIF/CRED | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 0700 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB** <br> C/O SELENE FINANCE LP <br> ATTN BK DEPT <br> 3501 OLYMPUS BLVD STE 500 <br> DALLAS, TX  75019 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 0.00 <br> COMMENT: 457.71/CL-PL@RUSHMORE/PL*PMT/DECL*DKT4PMT-LMT*BGN 2/20*FR WILMINGT( | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 4885 |
| **CITY OF ARNOLD (PER CAP)** <br> C/O COLLECTION SERVICE CTR-DLNQ CLCTR <br> 832 5TH AVE - CORPORATE OFC <br> PO BOX 560 <br> NEW KENSINGTON, PA  15068 | Trustee Claim Number: 4    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 37.00 <br> COMMENT: $@0%/PL*18~PER CAP~SD BORO?/SCH-PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: |
| **PENDRICK CAPITAL PARTNERS LLC** <br> C/O PERITUS PORTFOLIO SERVICES II LLC <br> PO BOX 141419 <br> IRVING, TX  75014-1419 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 143.42 <br> COMMENT: X8641/SCH*AHN ER GRP OF ARMSTRONG | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6699 |
| **KEYBRIDGE MEDICAL REVENUE CARE** <br> PO BOX 1568 <br> LIMA, OH  45802 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 713.00 <br> COMMENT: X7731/SCH*AHN/GENERAL AUDIT CORP | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7840 |
| **STATE COLLECTION SERVICE INC** <br> 2509 S STOUGHTON RD <br> PO BOX 6250 <br> MADISON, WI  53701 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: AHN/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0922 |
| **ALLEGHENY OPHTHALMOLOGY ASSOC** <br> 2853 FREEPORT RD <br> NATRONA HEIGHTS, PA  15065 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5115 |
| **BYRIDER FINANCE LLC  D/B/A CNAC** <br> ATTN BANKRUPTCY DEPT <br> 12802 HAMILTON CROSSING BLVD <br> CARMEL, IN  46032 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 10,003.40 <br> COMMENT: NO$~JDGMNT/SCH*DEFICIENCY BALANCE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8567 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** <br> C/O JEFFERSON CAPITAL SYSTEMS LLC* <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 426.39 <br> COMMENT: REF 3534981362 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9386 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** PO BOX 12914, NORFOLK, VA 23541 | Trustee Claim Number: 11 INT %: 0.00% Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1441 | CLAIM: 374.40 COMMENT: X8227/SCH*FORTIVA*FR BK OF MISSOURI-DOC 63 |
| **QUANTUM3 GROUP LLC - AGENT FOR GENESIS** PO BOX 788, KIRKLAND, WA 98083-0788 | Trustee Claim Number: 12 INT %: 0.00% Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9773 | CLAIM: 333.57 COMMENT: CELTIC BANK/INDIGO MC |
| **PREMIER MEDICAL ASSOC** POB 643773, PITTSBURGH, PA 15264 | Trustee Claim Number: 13 INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6340 | CLAIM: 0.00 COMMENT: NT ADR/SCH |
| **QUEST DIAGNOSTIC** 7629 MARKET ST, YOUNGSTOWN, OH 44512 | Trustee Claim Number: 14 INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7764 | CLAIM: 0.00 COMMENT: NT ADR/SCH |
| **UPMC PHYSICIAN SERVICES** C/O DCM SERVICES/BANKRUPTCY PO BOX 1123, MINNEAPOLIS, MN 55440 | Trustee Claim Number: 15 INT %: 0.00% Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3625 | CLAIM: 206.52 COMMENT: X6345/SCH |
| **PENDRICK CAPITAL PARTNERS LLC** C/O PERITUS PORTFOLIO SERVICES II LLC PO BOX 141419, IRVING, TX 75014-1419 | Trustee Claim Number: 16 INT %: 0.00% Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: NT ADR/SCH |
| **KML LAW GROUP PC*** 701 MARKET ST STE 5000, PHILADELPHIA, PA 19106 | Trustee Claim Number: 17 INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: WILMINGTON~CHRISTIANA/PRAE |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587, GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18 INT %: 0.00% Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1128 | CLAIM: 668.60 COMMENT: NT/SCH*URBAN TRUST |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DBA** C/O SELENE FINANCE LP ATTN BK DEPT 3501 OLYMPUS BLVD STE 500, DALLAS, TX 75019 | Trustee Claim Number: 19 INT %: 0.00% Court Claim Number: 8 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 4885 | CLAIM: 6,721.29 COMMENT: $/CL-PL@RUSHMORE/PL*THRU 1/20*FR WILMINGTON/RUSHMORE-D52 |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA** 130 CLINTON RD #202, FAIRFIELD, NJ 07004 | Trustee Claim Number: 20 INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: WILMINGTON~CHRISTIANA/PRAE |