Fill in this information to identify the case.

| | |
|---|---|
| Debtor 1 | Renee R. Kline |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : WESTERN District of Pennsylvania
(State)

Case number 20-20081-JAD

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: COMPUTERSHARE DELAWARE TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR PRET 2025-RPL1 TRUST

Court claim no. (if known): 8-1

*Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this Response to Notice of Final Cure is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1.

Last 4 digits of any number you use to identify the debtor's account: 4885

Property address: 2109 VICTORIA AVENUE
Number      Street

NEW KENSINGTON, PA 15068
City                State      ZIP Code

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

## Part 3: Postpetition Mortgage

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2025
MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:  + (b) $_____
c. Total. Add lines a and b.  (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM/ DD/ YYYY

| Debtor 1 | Renee R. Kline | | | Case number (if known) | 20-20081-JAD |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Rosa Selmani                              Date   03/12/2025
   Signature

Print    Rosa Selmani                            Title   Authorized Agent
         First Name    Middle Name    Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    130 Clinton Rd #202
           Number        Street

           Fairfield          NJ          07004
           City               State       ZIP Code

Contact    470-321-7112                          Email   rselmani@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March  12 , 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Renee R. Kline
2109 Victoria Avenue
Arnold, PA 15068

And via electronic mail to:

Rodney D. Shepherd
River Park Commons
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316

By: /s/  Long-Giang Nguyen

Email:  petnguyen@raslg.com