**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Renee R. Kline**
Debtor(s)

Bankruptcy Case No.: 20−20081−JAD
Related to Doc. #89
Chapter: 13
Docket No.: 90 − 89

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of March, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/19/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/28/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/19/25.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Renee R. Kline  
    Debtor

Case No. 20-20081-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 27, 2025      Form ID: 408      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Renee R. Kline, 2109 Victoria Avenue, Arnold, PA 15068-2132 |
| 15194297 | | Allegheny Ophthalmology Associates, 2853 Freeport Road, Natrona Heights, PA 15065-1905 |
| 15194299 | + | CNAC, Brider Finance, P.O. Box 453, Carmel, IN 46082-0453 |
| 15181184 | + | City of Arnold, c/o Pennsylvania Municipal Services, 336 Delaware Avenue, Dept. U, Oakmont, PA 15139-2120 |
| 16511789 | + | Computershare Delaware Trust Company, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15194305 | + | Joseph G. Puet, City Treasurer, 1829 Fifth Avenue, New Kensington, PA 15068-4498 |
| 15194307 | + | Premier Medical Associates, P.O. Box 644984, Pittsburgh, PA 15264-4984 |
| 15194309 | | Quest Diagnostics Venture, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15194310 | | Rushmore, P.O. Box 514707, Los Angeles, CA 90051-4707 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:17:11 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2025 00:12:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15194293 | ^ | MEBN | Mar 28 2025 00:07:36 | AHN Emergency Group of Alle-Kiski/, Pendrick Capital Partners, c/o Affiliate Asset Solutions, 145 Technology Parkway, NW, Suite 100, Peachtree, GA 30092-3536 |
| 15194294 | | Email/Text: amieg@stcol.com | Mar 28 2025 00:12:00 | AHN-Allegheny Valley Hospital, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 15194296 | ^ | MEBN | Mar 28 2025 00:08:22 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15194295 | | Email/Text: amieg@stcol.com | Mar 28 2025 00:12:00 | Allegheny Health Network, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 15199621 | + | Email/Text: bankruptcy@jdbyrider.com | Mar 28 2025 00:14:00 | BYRIDER FINANCE, LLC D/B/A CNAC, ATTN BANKRUPTCY DEPT, 12802 HAMILTON CROSSING BLVD., CARMEL, IN 46032-5424 |
| 15194300 | + | Email/Text: bankruptcy@jdbyrider.com | Mar 28 2025 00:14:00 | CNAC, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 15194301 | ^ | MEBN | Mar 28 2025 00:08:28 | Collection Service Center, Tax Division, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15194302 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 28 2025 00:16:38 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15194303 | ^ | MEBN | Mar 28 2025 00:08:14 | Fortiva, Payment Processing, P.O. Box 650847, Dallas, TX 75265-0847 |

Case 20-20081-JAD   Doc 91   Filed 03/29/25   Entered 03/30/25 00:28:17   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 27, 2025 | Form ID: 408 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15194304 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 28 2025 00:14:00 | Genesis FS Card Services, P.O. Box 23039, Columbus, GA 31902-3039 |
| 15204125 | + | Email/Text: bankruptcynotices@keybridgemed.com | Mar 28 2025 00:14:00 | KeyBridge Medical Revenue Care, d/b/a General Audit Corporation, PO Box 1568, Lima OH 45802-1568 |
| 15186703 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 00:17:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15194306 | | Email/Text: bwilson@pendrickcp.com | Mar 28 2025 00:12:00 | Pendrick Capital Partners, 79 Warren Street, Suite 3, Glens Falls, NY 12801 |
| 15214233 | | Email/Text: perituspendrick@peritusservices.com | Mar 28 2025 00:12:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15418529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:15:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15205409 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15210800 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2025 00:13:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15194308 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 28 2025 00:14:00 | Quest Diagnostics, c/o CCS, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 15194309 | ^ | MEBN | Mar 28 2025 00:10:00 | Quest Diagnostics Venture, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15212755 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:13:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15204466 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 28 2025 00:12:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15194311 | ^ | MEBN | Mar 28 2025 00:07:42 | UPMC Community Medicine, c/o Receivables Outsourcing, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 15211010 | | Email/Text: BNCnotices@dcmservices.com | Mar 28 2025 00:13:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15258021 | + | Email/Text: bkteam@selenefinance.com | Mar 28 2025 00:13:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Computershare Delaware Trust Company, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 15194298 | *+ | City of Arnold, c/o Pennsylvania Municipal Services, 336 Delaware Avenue, Dept. U, Oakmont, PA 15139-2120 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 27, 2025 | Form ID: 408 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Renee R. Kline rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7