**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RENEE R. KLINE

               Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
               Movant
          vs.
No Respondents.

Case No.:20-20081 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee′s Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2025

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/09/2020  and confirmed on 6/16/20 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 56,897.00 |
| Less Refunds to Debtor | 2,732.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,164.42 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 2,964.95 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,464.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| COMPUTERSHARE DE TRUST CO - OWNI<br>Acct: 4885 | 0.00 | 29,781.68 | 0.00 | 29,781.68 |
| COMPUTERSHARE DE TRUST CO - OWNI<br>Acct: 4885 | 6,721.29 | 6,721.29 | 0.00 | 6,721.29 |
| CITY OF ARNOLD (SWG & REFUSE)<br>Acct: 0700 | 5,484.98 | 5,484.98 | 2,905.43 | 8,390.41 |
| | | | | 44,893.38 |
| Priority | | | | |
| RODNEY D SHEPHERD ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RENEE R. KLINE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RENEE R. KLINE<br>Acct: | 2,732.58 | 2,732.58 | 0.00 | 0.00 |
| LAW OFFICES OF RODNEY SHEPHERD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RODNEY D SHEPHERD ESQ<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| CITY OF ARNOLD (PER CAP)<br>Acct: | 37.00 | 37.00 | 0.00 | 37.00 |
| | | | | 37.00 |
| Unsecured | | | | |
| PENDRICK CAPITAL PARTNERS LLC<br>Acct: 6699 | 143.42 | 30.86 | 0.00 | 30.86 |
| KEYBRIDGE MEDICAL REVENUE CARE<br>Acct: 7840 | 713.00 | 153.42 | 0.00 | 153.42 |
| STATE COLLECTION SERVICE INC<br>Acct: 0922 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY OPHTHALMOLOGY ASSOC<br>Acct: 5115 | 0.00 | 0.00 | 0.00 | 0.00 |
| BYRIDER FINANCE LLC  D/B/A CNAC<br>Acct: 8567 | 10,003.40 | 2,152.43 | 0.00 | 2,152.43 |
| PREMIER BANKCARD LLC; JEFFERSON C | 426.39 | 91.75 | 0.00 | 91.75 |

20-20081 JAD

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 9386 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 374.40 | 80.56 | 0.00 | 80.56 |
| Acct: 1441 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR GE | 333.57 | 71.77 | 0.00 | 71.77 |
| Acct: 9773 | | | | |
| PREMIER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6340 | | | | |
| QUEST DIAGNOSTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7764 | | | | |
| UPMC PHYSICIAN SERVICES | 206.52 | 44.44 | 0.00 | 44.44 |
| Acct: 3625 | | | | |
| LVNV FUNDING LLC | 668.60 | 143.86 | 0.00 | 143.86 |
| Acct: 1128 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,769.09 |

TOTAL PAID TO CREDITORS                                                    47,699.47

TOTAL CLAIMED
PRIORITY            37.00
SECURED        12,206.27
UNSECURED      12,869.30

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RENEE R. KLINE

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:20-20081 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 20-20081-JAD

Renee R. Kline                                                                   Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                              Page 1 of 3

Date Rcvd: Mar 27, 2025                 Form ID: pdf900                             Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Renee R. Kline, 2109 Victoria Avenue, Arnold, PA 15068-2132 |
| 15194297 | | Allegheny Ophthalmology Associates, 2853 Freeport Road, Natrona Heights, PA 15065-1905 |
| 15194299 | + | CNAC, Brider Finance, P.O. Box 453, Carmel, IN 46082-0453 |
| 15181184 | + | City of Arnold, c/o Pennsylvania Municipal Services, 336 Delaware Avenue, Dept. U, Oakmont, PA 15139-2120 |
| 16511789 | + | Computershare Delaware Trust Company, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15194305 | + | Joseph G. Puet, City Treasurer, 1829 Fifth Avenue, New Kensington, PA 15068-4498 |
| 15194307 | + | Premier Medical Associates, P.O. Box 644984, Pittsburgh, PA 15264-4984 |
| 15194309 | | Quest Diagnostics Venture, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15194310 | | Rushmore, P.O. Box 514707, Los Angeles, CA 90051-4707 |

TOTAL: 9


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:16:34 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2025 00:12:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15194293 | ^ | MEBN | Mar 28 2025 00:07:35 | AHN Emergency Group of Alle-Kiski/, Pendrick Capital Partners, c/o Affiliate Asset Solutions, 145 Technology Parkway, NW, Suite 100, Peachtree, GA 30092-3536 |
| 15194294 | | Email/Text: amieg@stcol.com | Mar 28 2025 00:12:00 | AHN-Allegheny Valley Hospital, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 15194296 | ^ | MEBN | Mar 28 2025 00:08:23 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5266 |
| 15194295 | | Email/Text: amieg@stcol.com | Mar 28 2025 00:12:00 | Allegheny Health Network, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 15199621 | + | Email/Text: bankruptcy@jdbyrider.com | Mar 28 2025 00:14:00 | BYRIDER FINANCE, LLC D/B/A CNAC, ATTN BANKRUPTCY DEPT, 12802 HAMILTON CROSSING BLVD., CARMEL, IN 46032-5424 |
| 15194300 | + | Email/Text: bankruptcy@jdbyrider.com | Mar 28 2025 00:14:00 | CNAC, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 15194301 | ^ | MEBN | Mar 28 2025 00:08:29 | Collection Service Center, Tax Division, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15194302 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 28 2025 00:28:20 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15194303 | ^ | MEBN | Mar 28 2025 00:08:14 | Fortiva, Payment Processing, P.O. Box 650847, Dallas, TX 75265-0847 |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 34

| 15194304 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Mar 28 2025 00:14:00 | Genesis FS Card Services, P.O. Box 23039, Columbus, GA 31902-3039 |
| 15204125 | + | Email/Text: bankruptcynotices@keybridgemed.com | | |
| | | | Mar 28 2025 00:14:00 | KeyBridge Medical Revenue Care, d/b/a General Audit Corporation, PO Box 1568, Lima OH 45802-1568 |
| 15186703 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 28 2025 00:17:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15194306 | | Email/Text: bwilson@pendrickcp.com | | |
| | | | Mar 28 2025 00:12:00 | Pendrick Capital Partners, 79 Warren Street, Suite 3, Glens Falls, NY 12801 |
| 15214233 | | Email/Text: perituspendrick@peritusservices.com | | |
| | | | Mar 28 2025 00:12:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15418529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 28 2025 00:17:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15205409 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Mar 28 2025 00:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15210800 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 28 2025 00:13:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15194308 | | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Mar 28 2025 00:14:00 | Quest Diagnostics, c/o CCS, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 15194309 | ^ | MEBN | | |
| | | | Mar 28 2025 00:10:00 | Quest Diagnostics Venture, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15212755 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Mar 28 2025 00:13:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15204466 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Mar 28 2025 00:12:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15194311 | ^ | MEBN | | |
| | | | Mar 28 2025 00:07:40 | UPMC Community Medicine, c/o Receivables Outsourcing, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 15211010 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Mar 28 2025 00:13:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15258021 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Mar 28 2025 00:13:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Computershare Delaware Trust Company, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 15194298 | *+ | City of Arnold, c/o Pennsylvania Municipal Services, 336 Delaware Avenue, Dept. U, Oakmont, PA 15139-2120 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-2                          User: auto                                      Page 3 of 3
Date Rcvd: Mar 27, 2025                        Form ID: pdf900                          Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Renee R. Kline rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7