IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
RENEE R. KLINE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-20081-JAD

Chapter 13

Related to Doc No.: 89

ORDER OF COURT

   AND NOW, this \_\_\_\_21st\_\_\_\_day of \_\_\_\_May_____, 20\_25\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

   (7) The Debtor(s) SHALL FILE his/her Financial Management Course Certificate And Certificate Of Discharge Eligibility by _____6/11/2025_____ or sanctions may be imposed.

BY THE COURT:

_/s/ sjk_
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
5/21/25 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20081-JAD

Renee R. Kline     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: May 21, 2025     Form ID: pdf900     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Renee R. Kline, 2109 Victoria Avenue, Arnold, PA 15068-2132 |
| 15194297 | | Allegheny Ophthalmology Associates, 2853 Freeport Road, Natrona Heights, PA 15065-1905 |
| 15194299 | + | CNAC, Brider Finance, P.O. Box 453, Carmel, IN 46082-0453 |
| 15181184 | + | City of Arnold, c/o Pennsylvania Municipal Services, 336 Delaware Avenue, Dept. U, Oakmont, PA 15139-2120 |
| 16511789 | + | Computershare Delaware Trust Company, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15194305 | + | Joseph G. Puet, City Treasurer, 1829 Fifth Avenue, New Kensington, PA 15068-4498 |
| 15194306 | + | Pendrick Capital Partners, 79 Warren Street, Suite 3, Glens Falls, NY 12801-4533 |
| 15194307 | + | Premier Medical Associates, P.O. Box 644984, Pittsburgh, PA 15264-4984 |
| 15194310 | | Rushmore, P.O. Box 514707, Los Angeles, CA 90051-4707 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2025 00:31:51 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 22 2025 00:24:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15194293 | ^ | MEBN | May 22 2025 00:14:41 | AHN Emergency Group of Alle-Kiski/, Pendrick Capital Partners, c/o Affiliate Asset Solutions, 145 Technology Parkway, NW, Suite 100, Peachtree, GA 30092-3536 |
| 15194294 | | Email/Text: amieg@stcol.com | May 22 2025 00:24:00 | AHN-Allegheny Valley Hospital, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 15194296 | ^ | MEBN | May 22 2025 00:15:44 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15194295 | | Email/Text: amieg@stcol.com | May 22 2025 00:24:00 | Allegheny Health Network, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 15199621 | + | Email/Text: bankruptcy@jdbyrider.com | May 22 2025 00:25:00 | BYRIDER FINANCE, LLC D/B/A CNAC, ATTN BANKRUPTCY DEPT, 12802 HAMILTON CROSSING BLVD., CARMEL, IN 46032-5424 |
| 15194300 | + | Email/Text: bankruptcy@jdbyrider.com | May 22 2025 00:25:00 | CNAC, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 15194301 | ^ | MEBN | May 22 2025 00:15:39 | Collection Service Center, Tax Division, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15194302 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 22 2025 00:45:16 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15194303 | ^ | MEBN | May 22 2025 00:15:37 | Fortiva, Payment Processing, P.O. Box 650847, Dallas, TX 75265-0847 |

Case 20-20081-JAD    Doc 94    Filed 05/23/25    Entered 05/24/25 00:31:30    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15194304 | | Email/Text: GenesisFS@ebn.phinsolutions.com | May 22 2025 00:25:00 | Genesis FS Card Services, P.O. Box 23039, Columbus, GA 31902-3039 |
| 15204125 | + | Email/Text: bankruptcynotices@keybridgemed.com | May 22 2025 00:24:00 | KeyBridge Medical Revenue Care, d/b/a General Audit Corporation, PO Box 1568, Lima OH 45802-1568 |
| 15186703 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 00:32:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15214233 | | Email/Text: perituspendrick@perituservices.com | May 22 2025 00:24:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15418529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2025 00:56:42 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15205409 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2025 00:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15210800 | | Email/Text: bnc-quantum@quantum3group.com | May 22 2025 00:24:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15194308 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 22 2025 00:25:00 | Quest Diagnostics, c/o CCS, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 15194309 | ^ | MEBN | May 22 2025 00:16:07 | Quest Diagnostics Venture, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15212755 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 22 2025 00:24:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15204466 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 22 2025 00:24:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15194311 | ^ | MEBN | May 22 2025 00:15:06 | UPMC Community Medicine, c/o Receivables Outsourcing, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 15211010 | | Email/Text: BNCnotices@dcmservices.com | May 22 2025 00:24:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15258021 | + | Email/Text: bkteam@selenefinance.com | May 22 2025 00:24:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Computershare Delaware Trust Company, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 15194298 | *+ | City of Arnold, c/o Pennsylvania Municipal Services, 336 Delaware Avenue, Dept. U, Oakmont, PA 15139-2120 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 21, 2025 | Form ID: pdf900 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025　　　　　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:**

**Name**　　**Email Address**

Charles Griffin Wohlrab
　　on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
　　on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com

Michelle L. McGowan
　　on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
　　on behalf of Debtor Renee R. Kline rodsheph@cs.com

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

S. James Wallace
　　on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7