Certificate Number: 15317-PAW-DE-039757739

Bankruptcy Case Number: 20-20081



15317-PAW-DE-039757739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 11, 2025</u>, at <u>1:21</u> o'clock <u>PM PDT</u>, <u>Renee Kline</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>June 11, 2025</u>              By:    <u>/s/Rolyn Martinada</u>

                                        Name:  <u>Rolyn Martinada</u>

                                        Title: <u>Credit Counselor</u>