Form 317 (63b−D)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Renee R. Kline**                   :   Case No. 20−20081−JAD
*Debtor(s)*                          :   Chapter: 13
                                     :
                                     :
                                     :
                                     :

# ORDER

    In a Chapter 13 case, *Fed.R.Bankr.P. 1007(c)(4)(B)* requires an individual Debtor to file a **Certificate of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is no later than the date when the last payment was made by the Debtor as required by the plan or the filing of a motion for a discharge under *11 U.S.C. §1328(b)* of the Bankruptcy Code. Furthermore, *11 U.S.C. §1328(g)(1)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

    In this case, the Debtor(s) failed to timely file a **Certificate of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, that reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation, and/or a **Certification of Discharge Eligibility**.

    **AND NOW**, this **The 13th of June, 2025** , it is hereby **ORDERED, ADJUDGED and DECREED** that at the appropriate time, the case shall be closed without an entry of a discharge order.

Dated: June 13, 2025                                           <u>Jeffery A. Deller</u>
                                                                United States Bankruptcy Judge

cm: Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Renee R. Kline  
    Debtor

Case No. 20-20081-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jun 13, 2025      Form ID: 317      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Renee R. Kline, 2109 Victoria Avenue, Arnold, PA 15068-2132 |
| 15194297 | | Allegheny Ophthalmology Associates, 2853 Freeport Road, Natrona Heights, PA 15065-1905 |
| 15194299 | + | CNAC, Brider Finance, P.O. Box 453, Carmel, IN 46082-0453 |
| 15181184 | + | City of Arnold, c/o Pennsylvania Municipal Services, 336 Delaware Avenue, Dept. U, Oakmont, PA 15139-2120 |
| 16511789 | + | Computershare Delaware Trust Company, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15194305 | + | Joseph G. Puet, City Treasurer, 1829 Fifth Avenue, New Kensington, PA 15068-4498 |
| 15194306 | + | Pendrick Capital Partners, 79 Warren Street, Suite 3, Glens Falls, NY 12801-4533 |
| 15194307 | + | Premier Medical Associates, P.O. Box 644984, Pittsburgh, PA 15264-4984 |
| 15194310 | | Rushmore, P.O. Box 514707, Los Angeles, CA 90051-4707 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2025 00:20:36 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 14 2025 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15194293 | ^ | MEBN | Jun 13 2025 23:49:46 | AHN Emergency Group of Alle-Kiski/, Pendrick Capital Partners, c/o Affiliate Asset Solutions, 145 Technology Parkway, NW, Suite 100, Peachtree, GA 30092-3536 |
| 15194294 | | Email/Text: amieg@stcol.com | Jun 14 2025 00:09:00 | AHN-Allegheny Valley Hospital, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 15194296 | ^ | MEBN | Jun 13 2025 23:50:10 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15194295 | | Email/Text: amieg@stcol.com | Jun 14 2025 00:09:00 | Allegheny Health Network, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 15199621 | + | Email/Text: bankruptcy@jdbyrider.com | Jun 14 2025 00:10:00 | BYRIDER FINANCE, LLC D/B/A CNAC, ATTN BANKRUPTCY DEPT, 12802 HAMILTON CROSSING BLVD., CARMEL, IN 46032-5424 |
| 15194300 | + | Email/Text: bankruptcy@jdbyrider.com | Jun 14 2025 00:10:00 | CNAC, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 15194301 | ^ | MEBN | Jun 13 2025 23:50:06 | Collection Service Center, Tax Division, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15194302 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 14 2025 00:19:49 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15194303 | ^ | MEBN | Jun 13 2025 23:49:58 | Fortiva, Payment Processing, P.O. Box 650847, Dallas, TX 75265-0847 |

Case 20-20081-JAD  Doc 102  Filed 06/15/25  Entered 06/16/25 00:28:15  Desc
Imaged Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 317 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15194304 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 14 2025 00:10:00 | Genesis FS Card Services, P.O. Box 23039, Columbus, GA 31902-3039 |
| 15204125 | + | Email/Text: bankruptcynotices@keybridgemed.com | Jun 14 2025 00:10:00 | KeyBridge Medical Revenue Care, d/b/a General Audit Corporation, PO Box 1568, Lima OH 45802-1568 |
| 15186703 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2025 00:19:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15214233 | | Email/Text: perituspendrick@peritusservices.com | Jun 14 2025 00:09:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15418529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2025 00:00:56 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15205409 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 14 2025 00:10:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15210800 | | Email/Text: bnc-quantum@quantum3group.com | Jun 14 2025 00:10:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15194308 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 14 2025 07:30:00 | Quest Diagnostics, c/o CCS, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 15194309 | ^ | MEBN | Jun 13 2025 23:50:13 | Quest Diagnostics Venture, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15212755 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2025 00:09:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15204466 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 14 2025 00:09:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15194311 | ^ | MEBN | Jun 13 2025 23:50:05 | UPMC Community Medicine, c/o Receivables Outsourcing, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 15211010 | | Email/Text: BNCnotices@dcmservices.com | Jun 14 2025 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15258021 | + | Email/Text: bkteam@selenefinance.com | Jun 14 2025 00:10:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Computershare Delaware Trust Company, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 15194298 | *+ | City of Arnold, c/o Pennsylvania Municipal Services, 336 Delaware Avenue, Dept. U, Oakmont, PA 15139-2120 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 317 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Charles Griffin Wohlrab

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com

Michelle L. McGowan

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd

on behalf of Debtor Renee R. Kline rodsheph@cs.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7