```
              UNITED STATES BANKRUPTCY COURT
             WESTERN DISTRICT OF PENNSYLVANIA

IN RE:    RENEE R. KLINE,      ) Bank. No. 20-20081 JAD
                               )
                               ) Chapter 13
          Debtor.              )
                               )
          RENEE R. KLINE,      )
                               ) Docket No.
                               ) Related to Doc No. 97 and 99
                               )
              Movant,          ) Hearing Date & Time:
                               )
              vs.              )
                               )
          NO RESPONDENTS.      )
```

ORDER OF COURT

AND NOW, to-wit, this ___13th___ day of _____June_____, 2025, upon consideration of the Motion To Vacate Order Closing Case Without Discharge dated June 13, 2025, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and the case is reinstated.

By the Court:

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
6/13/25 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20081-JAD |
| Renee R. Kline | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 13, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

**Recip ID       Recipient Name and Address**
db           + Renee R. Kline, 2109 Victoria Avenue, Arnold, PA 15068-2132

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 15, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Renee R. Kline rodsheph@cs.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 13, 2025 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7